IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
IMX Acquisition Corp., et al.,[1]                :    Case No. 16-12238 (BLS)
                                                 :
                            Debtors.             :    (Jointly Administered)
                                                 :
                                                 :    Ref. Docket No.:  14
-------------------------------------------------x

**ORDER, PURSUANT TO LOCAL RULE 9006-1(e), SHORTENING THE TIME FOR
NOTICE OF THE HEARING TO CONSIDER BIDDING PROCEDURES COMPONENT
OF THE DEBTORS' MOTION FOR ORDERS: (I)(A) APPROVING AND
AUTHORIZING CERTAIN BIDDING PROCEDURES IN CONNECTION WITH THE
SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (B) APPROVING
AND AUTHORIZING THE BID PROTECTIONS; (C) SCHEDULING THE RELATED
AUCTION AND HEARING TO CONSIDER APPROVAL OF SALE; (D) APPROVING
PROCEDURES RELATED TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN
OF THE DEBTORS' EXECUTORY CONTRACTS AND UNEXPIRED LEASES;
(E) APPROVING THE FORM AND MANNER OF NOTICE THEREOF; AND
(F) GRANTING RELATED RELIEF; AND (II)(A) AUTHORIZING THE SALE OF
SUCH ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND
OTHER INTERESTS; (B) AUTHORIZING AND APPROVING THE DEBTORS'
PERFORMANCE UNDER THE ASSET PURCHASE AGREEMENT; (C) APPROVING
THE ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTORS'
EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND
(D) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "**Motion to Shorten**")[2] of IMX

Acquisition Corp. and its above-captioned affiliated debtors and debtors in possession (each a

"**Debtor**" and collectively, the "**Debtors**"), for entry of an order providing that the applicable

notice period for the Bidding Procedures and Sale Motion, as it relates to the Bidding

Procedures, be shortened pursuant to Local Rule 9006-1(e); and this Court having determined

---

[1]  The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: IMX Acquisition Corp. (9838); Implant Sciences Corporation (7126); C Acquisition Corp. (8021); Accurel Systems International Corporation (3856).  The Debtors' headquarters are located at 500 Research Drive, Unit 3, Wilmington, MA 01880.

[2]  Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that

due and adequate notice of the Motion to Shorten has been given under the circumstances, and

that no other or further notice need be given; and after due deliberation and sufficient cause

appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1.      The Motion to Shorten is granted, as set forth herein.

2.      Approval of the Bidding Procedures Order shall be considered on October

26, 2016, at 11:00 a.m. (ET) and any objection or response to such relief requested shall be filed

by October 24, 2016, at 11:00 a.m. (ET).

3.      Within two (2) days of entry of this Order, the Debtors shall serve notice

of the Bidding Procedures and Sale Motion via either Federal Express, overnight delivery, fax or

email on the following parties, or their counsel, if known: (i) the Office of the United States

Trustee for the District of Delaware; (ii) the Office of the United States Attorney for the District

of Delaware; (iii) the Internal Revenue Service; (iv) the Debtors' thirty (30) largest unsecured

creditors; (v) counsel to the Debtors' prepetition and postpetition lenders; (vi) counsel to the

stalking horse bidder; and (vii) any party that has filed a notice of appearance and request for

service of papers as of the date hereof

4.      This Court shall retain jurisdiction over any and all matters arising from or

related to the interpretation and/or implementation of this Order.

Dated: October 13, 2016
      Wilmington, Delaware

Brendan L. Shannon
United States Bankruptcy Judge

2

01:19149961.4