**Information to identify the case:**

Debtor: IMX Acquisition Corp., *et al.*                              EIN: 26-2269838

United States Bankruptcy Court for the District of Delaware

Case Number: 16-12238 (BLS)

Date Cases Filed for Chapter 11: October 10, 2016

Official Form 309F (For Corporations or Partnerships)

Notice of Chapter 11 Bankruptcy Case                              12/15

Cases have been filed under chapter 11 of the Bankruptcy Code for the debtors listed in the chart below (each a "Debtor" and collectively the "Debtors"). An order for relief has been entered for each Debtor. This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the Debtors or the Debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the Debtors. Creditors cannot demand repayment from the Debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at www.pacer.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the cases.**

**Valid Picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee (302−573−6491).**

1. **Debtors' full names**

| Jointly Administered Cases | Case No. | Tax ID |
|---|---|---|
| IMX Acquisition Corp. | 16-12238 | 26-2269838 |
| Implant Sciences Corporation | 16-12239 | 04-2837126 |
| C Acquisition Corp. | 16-12240 | 20-1688021 |
| Accurel Systems International Corporation | 16-12241 | 77-0213856 |

2. **All other names used in the last 8 years:** Ion Metrics Inc.; IMX; American Implant Sciences Corporation; and Core Systems

3. **Address**
   500 Research Drive, Unit 3
   Wilmington, MA 01887

4. **Debtors' attorneys**

   WILLKIE FARR & GALLAGHER LLP
   Paul V. Shalhoub, Esq.
   Debra C. McElligott, Esq.
   787 Seventh Avenue
   New York, New York 10019
   Telephone: (212) 728-8000
   Facsimile: (212) 728-8111

   Jennifer J. Hardy, Esq.
   600 Travis Street, Suite 2310
   Houston, Texas 77002
   Telephone: (713) 510-1700
   Facsimile: (713) 510-1799

   YOUNG CONAWAY STARGATT & TAYLOR, LLP
   Matthew B. Lunn, Esq.
   Donald J. Bowman, Jr., Esq.
   Shane M. Reil, Esq.
   Rodney Square
   1000 North King Street
   Wilmington, Delaware 19801
   Telephone: (302) 571-6600
   Facsimile: (302) 571-1253

5. **Bankruptcy clerk's office:**  824 Market Street, 3rd Floor    Hours open: Monday − Friday
   Wilmington, DE 19801    8:00 AM − 4:00 PM

   Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.

   Contact Phone: (302) 252−2900

6. **Meeting of creditors:**  November 18, 2016 at 9:30 a.m. (ET)    Location:

   The Debtors' representative must attend the meeting to be questioned under oath.

   The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

   **J. Caleb Boggs Federal Building
   844 King Street
   Third Floor, Room 3209
   Wilmington, DE 19801**

   Creditors may attend, but are not required to do so.

7. **Proof of claim deadline**

   **Deadline for filing proof of claim:  Not yet set.  If a deadline is set, notice will be sent at a later time.**

   A proof of claim is a signed statement describing a creditor's claim.  A proof of claim form may be filed either electronically or as a paper document.  For more information on how to file a Proof of Claim, visit the Delaware Bankruptcy Court's website at http://www.deb.uscourts.gov/claims−information.

   Your claim will be allowed in the amount scheduled unless:
   - Your claim is designated as disputed, contingent or unliquidated;
   - You file a proof of claim in a different amount; or
   - You receive another notice

   If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan.  You may file a proof of claim even if your claim is scheduled.

   You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.

   Secured creditors retain rights in their collateral regardless of whether they file a proof of claim.  Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.  For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

8. **Exception to discharge deadline**

   The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.

   You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).

   **Deadline for filing the complaint: January 17, 2017**

9. **Creditors with a foreign address**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.

10. **Filing a Chapter 11 bankruptcy case**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.

11. **Discharge of debts**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.