**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| IMX Acquisition Corp., *et al.*,[1] | Case No. 16-12238 (BLS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 15, 93, and 102** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY CODE FOR AN ORDER (A) APPROVING AND AUTHORIZING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL THE ASSETS, (B) APPROVING AND AUTHORIZING THE BID PROTECTIONS; (C) SCHEDULING THE RELATED AUCTION AND HEARING TO CONSIDER APPROVAL OF THE SALE; (D) APPROVING PROCEDURES RELATED TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (E) APPROVING THE FORM AND MANNER OF NOTICE THEREOF; AND (F) GRANTING RELATED RELIEF**

On October 10, 2016, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Debtors' Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, for: (I) an Order (A) Approving and Authorizing Certain Bidding Procedures in Connection With the Sale of Substantially All of the Debtors' Assets; (B) Approving and Authorizing the Bid Protections; (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale; (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Authorizing and Approving the Debtors'*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: IMX Acquisition Corp. (9838); Implant Sciences Corporation (7126); C Acquisition Corp. (8021); and Accurel Systems International Corporation (3856). The Debtors' headquarters are located at 500 Research Drive, Unit 3, Wilmington, MA 01887.

01:19453956.2

*Performance Under the Asset Purchase Agreement, (C) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* [Docket No. 15] (the "**Bidding Procedures and Sale Motion**").[2]  Attached to the Bidding Procedures and Sale Motion was a proposed form of order approving the Bidding Procedures (the "**Proposed Bidding Procedures Order**").

Objections (the "**Objections**") to the bidding procedures component of the Bidding Procedures and Sale Motion were filed by the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") [Docket No. 93] and the Official Committee of Equity Security Holders (the "**Equity Committee**") [Docket No. 102].  No other formal or informal responses were received by the Debtors.

On October 26, 2016, the Court held a hearing {the "**Hearing**") to consider the relief requested in the Bidding Procedures and Sale Motion, as it related to entry of the Proposed Bidding Procedures Order, the Objections, and the arguments of counsel with respect thereto.

Attached hereto as <u>Exhibit 1</u> is a revised Proposed Bidding Procedures Order (the "**Revised Proposed Bidding Procedures Order**"), which reflects the comments and rulings of the Court at the Hearing.[3]  The Debtors submit that entry of the Revised Proposed Bidding Procedures Order is appropriate, is consistent with the relief requested in the Bidding Procedures and Sale Motion and the Court's rulings at the Hearing, and is in the best interest of the Debtors' estates, their creditors and other parties in interest.  The Revised Proposed Bidding Procedures Order was provided to counsel for the Lead Purchaser, the Official Committee of Equity Holders

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures and Sale Motion.

[3]  For ease of reference, attached hereto as <u>Exhibit 2</u> is a copy of the Revised Proposed Bidding Procedures Order marked against the Proposed Bidding Procedures Order (the "**Blackline**").

01:19453956.2

and the Office of the United States Trustee and all parties have indicated that they do not have an objection to the entry of the Revised Proposed Bidding Procedures Order.

Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Bidding Procedures Order at its earliest convenience without further notice or a hearing.

| | |
|---|---|
| Dated: October 28, 2016<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br> /s/ Matthew B. Lunn<br>Matthew B. Lunn (No. 4119)<br>Donald J. Bowman, Jr. (No. 4383)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>WILLKIE FARR & GALLAGHER LLP<br>Paul V. Shalhoub<br>Debra C. McElligott<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br><br>Jennifer J. Hardy<br>600 Travis Street, Suite 2310<br>Houston, Texas 77002<br>Telephone: (713) 510-1700<br>Facsimile: (713) 510-1799<br><br>*Proposed Co-Counsel to the Debtors*<br>*and Debtors in Possession* |

01:19453956.2