**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| IMX Acquisition Corp., *et al.*,[1] | Case No. 16-12238 (BLS) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 4, 2016 AT 9:30 A.M. (ET)**

**UNCONTESTED MATTERS WITH CERTIFICATIONS**

1.      Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Payment of Certain Prepetition Workforce Claims, Including Wages, Salaries and Other Compensation; (B) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (C) Authorizing Payment of Reimbursement to Employees for Expenses Incurred Prepetition, (D) Authorizing Payment of Withholding and Payroll-Related Taxes, (E) Authorizing Payment of Workers' Compensation Obligations, and (F) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers [D.I. 5, 10/10/16]

> Response Deadline:         October 28, 2016 at 4:00 p.m. (ET); Extended for the Official Committee of Equity Holders to November 1, 2016 at 12:00 p.m. (ET)

> Responses Received:        None.

> Related Documents:

>> A.      Interim Order [D.I. 51, 10/12/16]

>> B.      Notice of Entry of Interim Order and Final Hearing [D.I. 69, 10/13/16]

>> C.      Certification of Counsel [D.I. 133, 11/2/16]

> Status: A revised proposed form of order has been submitted under certification of counsel.  Accordingly, no hearing is required.

---

[1]      The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: IMX Acquisition Corp. (9838); Implant Sciences Corporation (7126); C Acquisition Corp. (8021); and Accurel Systems International Corporation (3856).  The Debtors' headquarters are located at 500 Research Drive, Unit 3, Wilmington, MA 01887.

2.      Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Thereto [D.I. 6, 10/10/16]

Response Deadline:              October 28, 2016 at 4:00 p.m. (ET); Extended for the Official Committee of Equity Holders to November 1, 2016 at 12:00 p.m. (ET)

Responses Received:            None.

Related Documents:

        A.      Interim Order [D.I. 53, 10/12/16]

        B.      Notice of Entry of Interim Order and Final Hearing [D.I. 69, 10/13/16]

        C.      Certification of Counsel [D.I. 134, 11/2/16]

Status: A revised proposed form of order has been submitted under certification of counsel.  Accordingly, no hearing is required.

3.      Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363 and 364 of the Bankruptcy Code, (I) Authorizing (A) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection With Insurance Programs, Including Payment of Policy Premiums, and (B) Continuation of Insurance Premium Financing Programs; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 7, 10/10/16]

Response Deadline:              October 28, 2016 at 4:00 p.m. (ET); Extended for the Official Committee of Equity Holders to November 1, 2016 at 12:00 p.m. (ET)

Responses Received:            None.

Related Documents:

        A.      Interim Order [D.I. 54, 10/12/16]

        B.      Notice of Entry of Interim Order and Final Hearing [D.I. 69, 10/13/16]

        C.      Certificate of No Objection [D.I. 142, 11/2/16]

Status: A certificate of no objection has been filed.  Accordingly, no hearing is required.

4.     Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363(c), 503(b)(1), 1107(a), and 1108 of the Bankruptcy Code, Authorizing (I) the Debtors to Honor Prepetition Obligations Related to Warranty and Maintenance Program and Otherwise Continue Warranty and Maintenance Program in the Ordinary Course of Business and (II) Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 10, 10/10/16]

Response Deadline:          October 28, 2016 at 4:00 p.m. (ET); Extended for the Official Committee of Equity Holders to November 1, 2016 at 12:00 p.m. (ET)

Responses Received:          None.

Related Documents:

A.     Interim Order [D.I. 57, 10/12/16]

B.     Notice of Entry of Interim Order and Final Hearing [D.I. 69, 10/13/16]

C.     Certificate of No Objection [D.I. 143, 11/2/16]

Status: A certificate of no objection has been filed.  Accordingly, no hearing is required.

5.     Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363, 1107(a) and 1108 of the Bankruptcy Code, (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Certain Related Relief [D.I. 11, 10/10/16]

Response Deadline:          October 28, 2016 at 4:00 p.m. (ET); Extended for the Official Committee of Equity Holders to November 1, 2016 at 12:00 p.m. (ET)

Responses Received:

A.     Informal Comments from the Equity Committee

Related Documents:

B.     Interim Order [D.I. 49, 10/12/16]

C.     Notice of Entry of Interim Order and Final Hearing [D.I. 69, 10/13/16]

D.     Certification of Counsel [D.I. 135, 11/2/16]

01:19459524.3

Case 16-12238-BLS    Doc 145    Filed 11/02/16    Page 4 of 10

Status: A revised proposed form of order has been submitted under certification of
counsel that resolves the concerns raised by the Equity Committee. Accordingly,
no hearing is required.

6.      Debtors' Motion for Interim Order and Final Order Pursuant to Sections 105(a),
362(a)(3) and 541 of the Bankruptcy Code and Bankruptcy Rule 3001 Establishing
Notice and Hearing Procedures for Trading in Equity Securities in Debtors [D.I. 12 ,
10/10/16]

Response Deadline:                  October 28, 2016 at 4:00 p.m. (ET); Extended for the
                                    Official Committee of Equity Holders to November 1, 2016
                                    at 12:00 p.m. (ET)

Responses Received:

        A.      Informal Comments from the Equity Committee

Related Documents:

        B.      Interim Order [D.I. 50, 10/12/16]

        C.      Notice of Entry of Interim Order and Final Hearing [D.I. 70, 10/13/16]

        D.      Certification of Counsel [D.I. 136, 11/2/16]

Status: A revised proposed form of order has been submitted under certification of
counsel that resolves the concerns raised by the Equity Committee. Accordingly,
no hearing is required.

7.      Debtors' Application for an Order Authorizing the Retention and Employment of Willkie
Farr & Gallagher LLP as Co-Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date
[D.I. 73, 10/14/16]

Response Deadline:                  October 28, 2016 at 4:00 p.m. (ET); Extended for the
                                    Official Committee of Equity Holders to November 2, 2016
                                    at 10:00 a.m. (ET)

Responses Received:

        A.      Informal Comments from the U.S. Trustee

Related Documents:

        B.      First Supplemental Declaration of Paul V. Shalhoub in Support of the
                Debtors' Application for an Order Authorizing the Retention and
                Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the
                Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 132, 11/2/16]

C.      Certification of Counsel [D.I. 137, 11/2/16]

Status: Willkie Farr & Gallagher has filed a supplemental declaration and has submitted a revised proposed form of order under certification of counsel that resolves the issues raised by the U.S. Trustee.  Accordingly, no hearing is required.

8.      Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 74, 10/14/16]

Response Deadline:              October 28, 2016 at 4:00 p.m. (ET); Extended for the Official Committee of Equity Holders to November 2, 2016 at 10:00 a.m. (ET)

Responses Received:            None.

Related Documents:

A.      Certificate of No Objection [D.I. 144, 11/2/16]

Status: A certificate of no objection has been filed.  Accordingly, no hearing is required.

9.      Application of the Debtors for Entry of an Order Authorizing and Approving the Employment and Retention of Kurtzman Carson Consultants LLC as Administrative Advisor for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 75, 10/14/16]

Response Deadline:              October 28, 2016 at 4:00 p.m. (ET); Extended for the Official Committee of Equity Holders to November 2, 2016 at 10:00 a.m. (ET)

Responses Received:

A.      Informal Comments from the U.S. Trustee

Related Documents:

B.      Certification of Counsel [D.I. 138, 11/2/16]

Status: A revised proposed form of order has been submitted under certification of counsel that resolves the concerns raised by the U.S. Trustee.  Accordingly, no hearing is required.

01:19459524.3

10.    Debtors' Motion for Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business [D.I. 78, 10/14/16]

<table>
<tr><td>Response Deadline:</td><td>October 28, 2016 at 4:00 p.m. (ET); Extended for the Official Committee of Equity Holders to November 1, 2016 at 12:00 p.m. (ET)</td></tr>
</table>

Responses Received:

      A.    Informal Comments from the U.S. Trustee

      B.    Informal Comments from the Equity Committee

Related Documents:

      C.    Certification of Counsel [D.I. 139, 11/2/16]

Status: A revised proposed form of order has been submitted under certification of counsel that resolves the concerns raised by the U.S. Trustee and the Equity Committee.  Accordingly, no hearing is required.

11.    Debtors' Motion for an Administrative Order, Pursuant to Sections 331 and 105(a) of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Rule 2016-2, Establishing Procedures for Interim Compensation and Reimbursement of Professionals [D.I. 79, 10/14/16]

<table>
<tr><td>Response Deadline:</td><td>October 28, 2016 at 4:00 p.m. (ET); Extended for the Official Committee of Equity Holders to November 1, 2016 at 12:00 p.m. (ET)</td></tr>
</table>

Responses Received:

      A.    Informal Comments from the U.S. Trustee

Related Documents:

      B.    Certification of Counsel [D.I. 140, 11/2/16]

Status: A revised proposed form of order has been submitted under certification of counsel that resolves the concerns raised by the U.S. Trustee.  Accordingly, no hearing is required.

01:19459524.3

12.     Debtors' Motion for Order Pursuant to Section 501 and 502(b) of the Bankruptcy Code
        and Bankruptcy Rules 2002 and 3003(c)(3) and Local Rule 2002-1(3) (I) Establishing
        Bar Dates for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice
        Thereof [D.I. 80, 10/14/16]

        Response Deadline:          October 28, 2016 at 4:00 p.m. (ET); Extended for the
                                    Official Committee of Equity Holders to November 1, 2016
                                    at 12:00 p.m. (ET)

        Responses Received:

                A.      Informal Comments from the U.S. Trustee

        Related Documents:

                B.      Certification of Counsel [D.I. 141, 11/2/16]

        Status: A revised proposed form of order has been submitted under certification of
                counsel that resolves the concerns raised by the U.S. Trustee.  Accordingly, no
                hearing is required.

## CONTESTED MATTERS GOING FORWARD

13.     Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363 and
        503(b) of the Bankruptcy Code, Bankruptcy Rule 2015 and Local Rule 2015-2, (A)
        Authorizing and Approving (I) Continued Use of Cash Management System and (II) Use
        of Prepetition Bank Accounts and Business Forms, (B) Authorizing the Bank
        Participating in the Cash Management System to Honor Certain Transfers and Charge
        Certain Amounts, (C) Waiving the Requirements of Section 345(b) on an Interim Basis,
        (D) Granting Administrative Expense Status to Postpetition Intercompany Claims and (E)
        Granting Related Relief [D.I. 4, 10/10/16]

        Response Deadline:          October 28, 2016 at 4:00 p.m. (ET); Extended for the
                                    Official Committee of Equity Holders to November 1, 2016
                                    at 12:00 p.m. (ET)

        Responses Received:

                A.      Informal Response from the U.S. Trustee

        Related Documents:

                B.      Interim Order [D.I. 48, 10/12/16]

                C.      Notice of Entry of Interim Order and Final Hearing [D.I. 69, 10/13/16]

        Status: This matter will be going forward.

01:19459524.3

14.     Debtors' Motion for Entry and Approval of Interim and Final Orders: (A) Authorizing and Approving Debtors' Postpetition Financing; (B) Granting Liens and Security Interests and Providing Super-Priority Administrative Expense Status; (C) Authorizing Use of Cash Collateral and Affording Adequate Protection; (D) Modifying Automatic Stay; and (E) Scheduling Final Hearing, Pursuant to 11 U.S.C. §§ 105, 362, 363 and 364 and Federal Rules of Bankruptcy Procedure 2002 and 4001(c) and (d) [D.I. 13, 10/10/16]

Response Deadline:          October 28, 2016 at 4:00 p.m. (ET); Extended for the Official Committee of Equity Holders to November 1, 2016 at 5:00 p.m. (ET)

Responses Received:

        A.      Informal Response of Bridge Bank, N.A.

        B.      Objection of Official Committee of Equity Holders [D.I. 128, 11/1/16]

        C.      Reservation of Rights of Tannor Partners Credit Fund, LP [D.I. 129, 11/1/16]

Related Documents:

        D.      Interim Order [D.I. 52, 10/12/16]

        E.      Notice of Entry of Interim Order and Final Hearing [D.I. 69, 10/13/16]

Status: Bridge Bank, N.A.'s informal response has been resolved.  The Debtors intend to present a revised form of order at the hearing.  This matter will be going forward.

15.     Application Pursuant to Bankruptcy Code Sections 327(e) and 328(a) for Entry of an Order Authorizing Employment and Retention of Ellenoff, Grossman & Schole LLP as Special Corporate Counsel to the Debtors, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 76, 10/14/16]

Response Deadline:          October 28, 2016 at 4:00 p.m. (ET); Extended for the Official Committee of Equity Holders to November 2, 2016 at 10:00 a.m. (ET)

Responses Received:

        A.      Limited Objection of the Official Committee of Equity Holders [D.I. 130, 11/2/16]

Related Documents:          None.

Status: This matter will be going forward.

01:19459524.3

16.    Debtors' Application, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 5002, and Del. Bankr. L.R. 2014-1 and 2016-2(h), for Entry of an Order (I) Authorizing the Employment and Retention of Noble Financial Capital Markets, LLC as Financial Advisor for the Debtors, *Nunc Pro Tunc* to the Petition Date and (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 [D.I. 77, 10/14/16]

Response Deadline:          October 28, 2016 at 4:00 p.m. (ET); Extended for the Official Committee of Equity Holders to November 2, 2016 at 10:00 a.m. (ET)

Responses Received:

   A.    Informal Comments from the U.S. Trustee

   B.    Objection of the Official Committee of Equity Holders [D.I. 131, 11/2/16]

Related Documents:          None.

Status: This matter will be going forward.

17.    Debtors' Application, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 5002, and Del. Bankr. L.R. 2014-1 and 2016-2(h), for Entry of an Order (I) Authorizing the Employment and Retention of Chardan Capital Markets, LLC as Financial Advisor for the Debtors, *Nunc Pro Tunc* to the Petition Date and (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 [D.I. 81, 10/14/16]

Response Deadline:          October 28, 2016 at 4:00 p.m. (ET); Extended for the Official Committee of Equity Holders to November 2, 2016 at 10:00 a.m. (ET)

Responses Received:

   A.    Informal Comments from the U.S. Trustee

   B.    Objection of the Official Committee of Equity Holders [D.I. 131, 11/2/16]

Related Documents:

   C.    Supplemental Application [D.I. 83, 10/18/16]

Status: This matter will be going forward.

01:19459524.3

Dated: November 2, 2016
     Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Donald J. Bowman, Jr.*
Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

WILLKIE FARR & GALLAGHER LLP
Paul V. Shalhoub
Debra C. McElligott
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

Jennifer J. Hardy
600 Travis Street, Suite 2310
Houston, Texas 77002
Telephone: (713) 510-1700
Facsimile: (713) 510-1799

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

01:19459524.3