IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IMX ACQUISITION CORP., *et al.*[1] | ) | Case No. 16-12238 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**LIMITED OBJECTION OF THE UNITED STATES OF AMERICA
TO CURE NOTICE**

The United States of America, Department of Homeland Security, Transportation Security Administration ("TSA"), through its undersigned counsel, hereby objects to the Cure Notice issued pursuant to the Court's *Order Granting Motion of the Debtors and Debtors in Possession Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code for an Order (a) Approving and Authorizing Certain Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets; (b) Approving and Authorizing the Break-Up Fee and Expense Reimbursement; (c) Scheduling the Related Auction and Hearing to Consider Approval of Sale; (d) Approving Procedures Related to the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases; (e) Approving the Form and Manner of Notice Thereof; and (f) Granting Related Relief* (the " Bid Procedures Order") (Docket No. 124).[2]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: IMX Acquisition Corp. (9838); Implant Sciences Corporation (7126); C Acquisition Corp. (8021); Accurel Systems International Corporation (3856). The Debtors' headquarters are located at 500 Research Drive, Unit 3, Wilmington, MA 01887.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Bid Procedures Order.

1.      Pursuant to the Bid Procedures Order, the Debtors filed and served their *Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors of Assumption, Assignment, and Sale* (the "Cure Notice") (Docket No. 126).

2.      The Cure Notice lists four contracts with the TSA that Debtors may seek to assume, assign and sell.  *Cure Notice*, Ex. 1 at 2 and 10.  The Cure Notice lists the cure amount for each of the four contracts as zero.

3.      Under the contracts, TSA purchases certain of the Debtors' explosive trace detector units and related services, including prepaid warranties for those units and has, in fact, purchased units with prepaid warranties which have not yet expired under the contracts' terms.  TSA objects to the Cure Notice to the extent that the listed zero cure amounts encompass these prepaid warranties which remain extant but under which TSA has not yet demanded performance from the Debtors.

4.      Under 11 U.S.C. § 365, a debtor assumes a contract *cum onere* requiring a debtor, and any assignee of the contract, to accept the contract's burdens as well as its benefits.  *University Med. Center v. Sullivan* (*In re University Med. Center*), 973 F.2d 1065, 1075 (3d Cir. 1992); *Chrysler Corp. v. Monroeville Dodge, Ltd.* (*In re Monroeville Dodge, Ltd.*), 166 B.R. 263, 267 (Bankr. W.D. Pa. 1994).  Accordingly, if the Debtors assume and assign these contracts, any order approving such assumption and assignment must clearly provide that the assignee will honor the prepaid warranties for previously purchased goods notwithstanding the Cure Notice's listed zero cure amount.

This 21st day of November 2016.

Respectfully submitted,

                                          BENJAMIN C. MIZER
                                          Principal Deputy Assistant Attorney
                                          General
                                          CHARLES M. OBERLY, III
                                          United States Attorney
                                          ELLEN W. SLIGHTS
                                          Assistant U.S. Attorney
                                          <u>/s/ Matthew J. Troy</u>
                                          RUTH A. HARVEY
                                          LLOYD H. RANDOLPH
                                          MATTHEW J. TROY
                                          Attorneys, Civil Division
                                          U.S. Department of Justice
                                          P.O. Box 875
                                          Ben Franklin Station
                                          Washington, D.C. 20044
                                          (202) 514-9038 (o)
                                          (202) 307-0494 (f)

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of November 2016, I caused a true and correct copy of foregoing Limited Objection to be filed with the Clerk of the Court using the CM/ECF system which in turn will send electronic notification to all interested parties of record.

                                                    /s/ Matthew J. Troy
                                                    Matthew J. Troy