IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IMX Acquisition Corp., *et al.*,[1] | ) | Case No. 16-12238 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Related Docket No. 275**

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 28th day of November, 2016, I caused a copy of the following document to be served on the individuals on the attached service lists in the manner indicated:

> *Objection of Senior Secured Creditor BAM Administrative Services LLC to Emergency Motion of Official Committee of Equity Security Holders to Extend Challenge Period*

/s/ Peter J. Keane
Peter J. Keane (Bar No. 5503)

DOCS_DE:210964.1 06083/001

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: IMX Acquisition Corp. (9838); Implant Sciences Corporation (7126); C Acquisition Corp. (8021);Accurel Systems International Corporation (3856). The Debtors' headquarters are located at 500 Research Drive,Unit 3, Wilmington, MA 01887.

IMX Acquisition Corp. 2002 Email Service List
Case No. 16-12238 (BLS)
Document No. 210969
01 – Facsimile
02 – Overnight Delivery
63 – Email

(Counsel to BAM Administrative Services LLC)
Ira D. Kharasch, Esquire
Jeffrey N. Pomerantz, Esquire
Maxim B. Litvak, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

**Overnight Delivery**
(Top 30)
Manufacturing Resource Group
James Sheedy
930 Washington St.
Norwood, MA 02082

**Overnight Delivery**
(Top 30)
L-Tronics Incorporated
30 Clematis Avenue
Waltham, MA 02453

**Facsimile**
855-235-6787
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Email**
**timothy.fox@usdoj.gov**
Timothy Jay Fox, Jr., Esquire
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**Email**
**usade.ecfbankruptcy@usdoj.gov**
(United States Attorney)
Charles Oberly, Esquire
c/o Ellen Slights, Esquire
United States Attorney's Office
District of Delaware
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046

**Email**
**attorney.general@state.de.us**
(State Attorney General)
Matthew P. Denn, Esquire
Delaware Department of Justice
Carvel State Office Building, 5th Floor
820 North French Street
Wilmington, DE 19801

**Email**
**dbowman@ycst.com**
**mlunn@ycst.com**
(Counsel to the Debtors)
Donald J. Bowman, Jr., Esquire
Matthew Barry Lunn, Esquire
Young, Conaway, Stargatt & Taylor
1000 North King Street
Wilmington, DE 19801

**Email**
**zillah.frampton@state.de.us**
Zillah A. Frampton, Bankruptcy
Administrator
Delaware Department of Revenue
Carvel State Office Building, 8th Floor
820 North French Street
Wilmington, DE  19801

**Email**
**landis@lrclaw.com**
**mumford@lrclaw.com**
(Counsel to DIP SPV 1, L.P.)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

**Email**
**dcarickhoff@archerlaw.com**
**aroot@archerlaw.com**
(Counsel to DMRJ Group LLC; Montsant
Partner, LLC)
David W., Carickhoff, Esquire
Alan M. Root, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE  19801

**Email**
**Collins@rlf.com**
**Steele@rlf.com**
(Counsel to L-3 Communications
Corporation)
Mark D. Collins, Esquire
Amanda R. Steele, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

**Email**
**dosdoc_ftax@state.de.us**
Secretary of State
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
Dover, DE  19901

**Email**
**statetreasurer@state.de.us**
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904

**Email**
**askdoj@usdoj.com**
(United States Attorney General)
Loretta Lynch, Jr., Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

**Email**
**murrell.vicente@pbgc.gov**
**efile@pbgc.gov**
(Pension Benefit Guaranty Corporation)
Vicente Matias Murrell, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC  20005

**Email**
**nyrobankruptcy@sec.gov**
Securities and Exchange Commission
Andrew Calamari
NY Regional Director
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281-1022

Email
secbankruptcy@sec.gov
Securities and Exchange Commission - Headquarters
100 F Street, NE
Washington, DC 20549

Email
afriedman@olshanlaw.com
jkoevary@olshanlaw.com
(Counsel to DIP SPV 1, L.P.)
Adam H. Friedman, Esquire
Jonathan T. Koevary, Esquire
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019

Email
Barbra.Parlin@hklaw.com
Warren.gluck@hklaw.com
(Counsel to DMRJ Group LLC; Montsant Partner, LLC)
Barbra Parlin, Esquire
Warren Gluck, Esquire
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019

Email
squsba@stblaw.com
nbaker@stblaw.com
lfinkelstein@stblaw.com
(Counsel to L-3 Communications Corporation)
Sandeep Qusba, Esquire
Nicholas Baker, Esquire
Laren Finkelstein, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Email
mminuti@saul.com
Mark Minuti, Esquire
(Counsel to Official Committee of Equity Security Holders)
Saul Ewing LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19801

Email
sbeville@brownrudnick.com
Sunni P. Beville, Esquire
(Counsel to Official Committee of Equity Security Holders)
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Email
wbaldiga@brownrudnick.com
geicero@brownrudnick.com
William R. Baldiga, Esquire
Gerard T. Cicero, Esquire
Brown Rudnick LLP
Seven Times square
New York, NY 10036

Email
jhohf@cooley.com
(Top 30)
Cooley, Godward & Kronish
Gordon Atkinson
Jay Hohf
101 California Street, FL 5
San Francisco, CA 94111-5800

Email
mmattox@birkmfg.com
(Top 30)
Birk Manufacturing, Inc.
Michael Mattox
141 Capital Drive
East Lynne, CT 06333

Email
Chris.short@dataed.com
(Top 30)
Data Electronics Devices
Vic Giglio
Christopher Short
32 Northwestern Drive
Salem NH  03079

Email
georgeann.smith@otpet.com
smuise@ohlheiser.com
(Top 30)
Ohlheiser Corporation
Steven Muise
GeorgeAnn Smith
831 North Mountain Road
Newington, CT  06111

Email
ranslow@egs.com
(Top 30)
Ellenoff, Grossman and Schole
Richard Anslow
1345 Avenue of the Americas
New York, NY  10105

Email
anthony.j.aquino@leidos.com
jaime.n.gomex@leidos.com
(Top 30)
Leidos, Inc.
333 N. Wilmot Road
Tuscon, AZ  85711

Email
anthony.j.aquino@leidos.com
jaime.n.gomex@leidos.com
(Top 30)
Thermofab
Michael Wahl
78 Walker Road
Shirley, MA  01464

Email
shughes@arrow.com
danker@arrow.com
(Top 30)
Arrow Electronics, Inc.
Sandra Hughes
Daniel Anker
4 Technology Drive
Peabody, MA  01960

Email
fskulnik@senaia-intl.com
(Top 30)
Senala International, Inc.
Frances Skulnik
26 Craig Drive
Merrimack, NH  03054

Email
barbara.skull@peak-ryzex.com
(Top 30)
Telpar, Inc.
A Division of Peak-Ryzex
Barbara Skull
10330 Old Columbia Road
Columbia, MD  21046

Email
ksicklick@goulstonstorrs.com
(Top 30)
Goulston & Storrs LLP
Kenneth Sicklick
885 3rd Avenue
New York, NY  10022

Email
gary.shull@us.kontron.com
dolores.deppa@us.kontron.com
(Top 30)
Kontron
Gary Shull
Delores Deppa
14118 Stowe Drive
Poway, CA  92064

Email
Lisac@danpack.com
(Top 30)
Danvers Industrial Packaging
Lisa Ciesinski
39 Tozer RFoad, Building 2
Beverly, MA  01915

Email
kevin.cole@marcumllp.com
(Top 30)
Marcum LLP
Kevin Cole
555 Long Wharf Drive, 12th Floor
New Haven, CT  01864

Email
Angelique.irvin@clearaligh.com
(Top 30)
Clear Align
Angelique Irvin
2550 Boulevard of the Generals, Suite 280
Eagleville, PA  19403

Email
wendyciattenberg@engineeringspecialties.com
(Top 30)
MK Services
Wendy Clattenberg
194 South Main Street
Middleton, MA  01949

Email
jseccareccio@andoverpersonnel.com
(Top 30)
The Staffing Group, Inc.
Jimmy Seccareccio
35 New England Business Ctr. Drive, Suite 205
Andover, MA  01810

Email
kristie.parker@vici.com
(Top 30)
Vici Metronics
Kristie Parker
25295 Twelve Trees Lane, NW
Poulsbo, WA  98370

Email
smorin@greenbelting.com
abritto@greenbelting.com
(Top 30)
Greenbelt Industries
Sean Morin
Augusto Britto
45 Comet Street
Buffalo, NY  14126-1710

Email
pcameron@ken-mar-psf.com
(Top 30)
Ken Mar LLC
Paul Cameron
2 Northwestern Drive
Salem, NH  03079

Email
guy.cote@excelitas.com
(Top 30)
Excelitas Corporation
Guy Cote
35 Congress Street
Salem, MA  01970

Email
dirk@precisionmachinists.net
(Top 30)
Precision Machinists Company
Dirk Kuyper
299 Littleton Road
Chelmsford, MA  01824

**Email**
**gfrattarola@nescoresource.com**
(Top 30)
Nesco Resources LLC
Gina Frattarola
PO Box 901372
Cleveland, OH  44190

**Email**
**mikefrench@comcoplastics.com**
(Top 30)
Comco Plastics, Inc.
Michael French
98-31 Jamaica Avenue
Woodhaven, NY  11421

**Email**
**tim.worley@powerstax.com**
(Top 30)
Powerstax PLC
Tim Worley
Unit 5, Armstrong Mall
Southwood Business Park
Farnborough, Hampshire
GU14 ONR
UK

**Email**
**tpg@ingss.com**
(Top 30)
LNG Security Services Pvt. Ltd.
Tejpal Ghadodia
225 Tribhuvan Comples, 6-51
Ishwar Negar, Nathura Road
New Delhi  110065
India

**Email**
**l.roland@target-tecnologia.es**
(Top 30)
Target Technologia, S.A.
Pedro Rolandi
luis Rolandi
Ctra de Fuencanal, 24
Portal 1 Planta 3a
28108 Alcobendas
Madrid, SPAIN