# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

In re : Chapter 11

IMX Acquisition Corp., et al.,[1] : Case No. 16-12238 (BLS)

Debtors. : (Jointly Administered)

---

## NOTICE OF STATUS AS A SUBSTANTIAL SHAREHOLDER[2]

PLEASE TAKE NOTICE THAT the undersigned party is/has become a Substantial Shareholder with respect to Implant Sciences Stock (as defined herein and in the *Interim Order Pursuant to Sections 105(a), 362(a)(3), and 541 of the Bankruptcy Code and Bankruptcy Rule 3001 Establishing Notification and Hearing Procedures for Trading in Equity Securities of the Debtors* (the "**Interim Order**")) of Implant Sciences Corporation ("**Implant Sciences**"), a debtor and debtor in possession in Case No. 16-12238 pending in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: IMX Acquisition Corp. (9838); Implant Sciences Corporation (7126); C Acquisition Corp. (8021); Accurel Systems International Corporation (3856). The Debtors' headquarters are located at 500 Research Drive, Unit 3, Wilmington, MA 01887.

[2] For purposes of this Notice, (A) a "**Substantial Shareholder**" is any person or entity (as defined in Treasury Regulations Section 1.382-3(a)(1)) which beneficially owns at least 4.5% of all issued and outstanding shares (equal to, as of March 31, 2016, approximately 3,556,153 shares) of the common stock of Implant Sciences ("**Implant Sciences Stock**"), and (B) "**Beneficial Ownership**" (or any variation thereof of Implant Sciences Stock and Options to acquire Implant Sciences Stock) shall be determined in accordance with applicable rules under Section 382, Treasury Regulations promulgated thereunder and rulings issued by the Internal Revenue Service, and thus, to the extent provided therein, from time to time shall include, without limitation, (i) direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), (ii) ownership by the holder's family members and persons acting in concert with the holder to make a coordinated acquisition of stock, and (iii) ownership of an Option to acquire Implant Sciences Stock, but only to the extent such Option is treated as exercised under Treasury Regulation section 1.382-4(d). An "**Option**" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock, or similar interest, regardless of whether it is contingent or otherwise not currently exercisable. For the avoidance of doubt, under Treasury Regulation section 1.382-4(d), any of the (i) 2008 Note, (ii) 2012 Note, and (iii) 2013 Note will be treated as exercised only if any of the notes are transferred, or arrangements are put in place, and a principal purpose of such transfer or arrangements is to avoid or ameliorate the impact of an "ownership change" of Implant Sciences as contemplated by Treasury Regulation section 1.382-4(d).

01:19367790.1

PLEASE TAKE FURTHER NOTICE THAT, as of [ 11/9/2016 - Date], the undersigned party beneficially owns [ 14,000 ] shares of Implant Sciences Stock. The following table sets forth the date(s) on which the undersigned party acquired or otherwise became the beneficial owner of such Implant Sciences Stock:

| Number Of Shares | Date Acquired |
|---|---|
| 2875 | 12/9/2013 |
| 425 | 12/10/2013 |
| 100 | 12/11/2013 |
| 925 | 1/27/2014 |
| 3,675 | 1/28/2014 |
| 4875 | 2/18/2014 |
| 1125 | 2/19/2014 |

(Attach additional page if necessary)

PLEASE TAKE FURTHER NOTICE THAT the last four digits of the taxpayer identification or social security number of the undersigned party are [ 2303 ].

PLEASE TAKE FURTHER NOTICE THAT, under penalty of perjury, the undersigned party hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Order, this Notice is being (a) filed with the Court and (b) served upon (i) the Debtors, care of Implant Sciences, 500 Research Drive, Unit 3, Wilmington, Massachusetts 01887-4437, Attention: Roger Deschenes, (ii) proposed counsel to the Debtors, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019, Attention: Paul V. Shalhoub and Debra C. McElligott and 600 Travis Street, Suite 2310 Houston, Texas 77002, Attention: Jennifer J. Hardy, (iii) proposed co-counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware, 19801, Attention: Matthew B. Lunn and Donald J.

Bowman, Jr., (iv) counsel to the prepetition and postpetition lenders, and (v) the Office of the United States Trustee for the District of Delaware.

Respectfully Submitted,

Tr FBO Ashley Tate Mackw
(Name of Shareholder)

By: *Michael Emmerman* (signature)
Name: Michael Emmerman
Title: Trustee
Address: 1290 Ave of the Americas, 38th fl
New York NY 10104

Telephone: 212-476-5990
Facsimile: 646-537-4646
Date: 11 JAN 2017