# Exhibit A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIAC Corp., *et al.*,[1] | ) Case No. 16-12238 (BLS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Related to Docket Nos. 544, 621 and ___ |
| | ) |

## ORDER GRANTING MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO AMEND OR ALTER JUDGMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 9023 AND 9024 AND FEDERAL RULES OF CIVIL PROCEDURE 59(E) AND 60(A) AND (B)

Upon the motion (the "Amendment Motion")[2] of the Official Committee of Equity Security Holders of FIAC Corp. (f/k/a IMX Acquisition Corp.), *et al.* (the "Committee") for the entry of an order amending the Standing Order and the Reconsideration Order to make clear that the term "DMRJ / Montsant Parties" in the Standing Order includes all of their affiliates' pledgees, successors and assigns; and due and sufficient notice of the Amendment Motion having been given; and upon the record herein and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Amendment Motion is GRANTED as set forth herein.

2. The term "DMRJ / Montsant Parties" set forth in the Standing Order shall specifically include all pledgees, successors and assigns of the DMRJ/Montsant Parties and their affiliates.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: FIAC Corp. (f/k/a IMX Acquisition Corp.) (9838); Secure Point Technologies (f/k/a Implant Sciences Corporation) (7126); FCAC Corp. (f/k/a C Acquisition Corp.) (8021); FASIC Corp. (f/k/a Accurel Systems International Corporation) (3856). The Debtors' headquarters are located at 215 Depot Ct. SE, Suite #212, Leesburg, VA 20175.

[2] Any and all terms not defined herein shall have the meaning ascribed to them in the Amendment Motion.

3. A decretal paragraph shall be added to the Reconsideration Order stating the exact same definition of "DMRJ/Montsant Parties" as set forth in Paragraph 2 of this Order.

4. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: _____, 2017

                                                   _____
                                                   Honorable Brendan L. Shannon
                                                   United States Bankruptcy Judge