# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FIAC Corp., *et al.*,[1] | Case No. 16-12238 (BLS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 725

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the **Fifth Monthly Application of Ellenoff Grossman & Schole LLP for Allowance of Compensation and Reimbursement of Expenses Incurred as Special Corporate Counsel for the Debtors and Debtors-in-Possession for the Period From April 1, 2017 Through April 30, 2017** [Docket No. 725] (the "**Application**"), filed on May 15, 2017, has been received. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than May 30, 2017 at 4:00 p.m. (ET).

Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 156], the Debtors are now authorized to pay 80% ($5,568.00) of requested fees ($6,960.00) and 100% of requested expenses ($0.00) on an interim basis without further order of the Court.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: FIAC Corp. (f/k/a IMX Acquisition Corp.) (9838); Secure Point Technologies, Inc. (f/k/a Implant Sciences Corporation) (7126); FCAC Corp. (f/k/a C Acquisition Corp.) (8021); and FASIC Corp. (f/k/a Accurel Systems International Corporation) (3856). The Debtors' headquarters are located at 215 Depot Ct. SE, Suite #212, Leesburg, VA 20175.

01:21396700.5

| | |
|---|---|
| Dated: May 31, 2017<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>　/s/ Shane M. Reil　<br>Matthew B. Lunn (No. 4119)<br>Donald J. Bowman, Jr. (No. 4383)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>WILLKIE FARR & GALLAGHER LLP<br>Paul V. Shalhoub<br>Debra C. McElligott<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br><br>Jennifer J. Hardy<br>600 Travis Street, Suite 2310<br>Houston, Texas 77002<br>Telephone: (713) 510-1700<br>Facsimile: (713) 510-1799<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |