**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 9, 2017 STARTING AT 10:00 A.M. (EDT)[2]**

---

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD,
THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

---

## I.    RESOLVED MATTER:

1.    Debtors' Forty-Ninth Omnibus (Substantive) Objection to No Liability and Substantive Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11438; filed July 10, 2017]

Response/Objection Deadline:        July 24, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Related Documents:

i.    Declaration of Terry L. Nutt, Senior Vice President and Controller at Vistra Energy Corp., in Support of the Debtors' Forty-Ninth Omnibus (Substantive) Objection to No Liability and Substantive Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11439; filed July 10, 2017]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The August 9, 2017 hearing was scheduled to be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT).

ii.    Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Forty-Ninth Omnibus (Substantive) Objection to No Liability and Substantive Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 11618; filed July 26, 2017]

iii.    Certification of No Objection Regarding "Debtors' Forty-Ninth Omnibus (Substantive) Objection to No Liability and Substantive Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 11438] [D.I. 11626; filed July 27, 2017]

iv.    Order Sustaining Debtors' Forty-Ninth Omnibus (Substantive) Objection to No Liability and Substantive Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11629; filed July 28, 2017]

Status:  The individual status of each claim subject to this matter is listed on the attached Exhibit A.  On July 28, 2017 the Court entered an order in connection with this matter resolving all claims subject thereto. Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.

*[Remainder of page intentionally left blank.]*

2

Dated:  August 7, 2017
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

3

# EXHIBIT A

Energy Future Holdings Corp.
Forty-Ninth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| KRAFT, RICHARD M. | 3255 | On July 28, 2017 the Court entered an order resolving the objection with respect to this claim. |
| TRISTEM | 7513 | On July 28, 2017 the Court entered an order resolving the objection with respect to this claim. |
| GEHRS, DR. GORDON | 37783 | On July 28, 2017 the Court entered an order resolving the objection with respect to this claim. |
| GEHRS, GORDON | 37782 | On July 28, 2017 the Court entered an order resolving the objection with respect to this claim. |
| GEHRS, GORDON | 37784 | On July 28, 2017 the Court entered an order resolving the objection with respect to this claim. |

1